**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Petroleum Towers - Cotter, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-3919718** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **c/o Marcus P. Rogers, P.C.** **2135 E. Hildebrand** **San Antonio, TX 78209** Number, Street, City, State & ZIP Code **Bexar** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **8626/8700 Tesoro Dr. San Antonio, TX 78217** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | http://www.cotteroffices.com/portfolio-type/petroleum-towers/ | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  **Petroleum Towers - Cotter, LLC**  Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Petroleum Towers - Cotter, LLC**
Name

Case number (*if known*)

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
         Contact name
         Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Petroleum Towers - Cotter, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 25, 2018**
MM / DD / YYYY

X **/s/ Marcus P. Rogers**
Signature of authorized representative of debtor

**Marcus P. Rogers**
Printed name

Title **Ind. Adm. of the Est. of James F. Cotter, Dec'd**

**18. Signature of attorney**

X **/s/ H. Anthony Hervol**
Signature of attorney for debtor

Date **January 25, 2018**
MM / DD / YYYY

**H. Anthony Hervol**
Printed name

**Law Office of H. Anthony Hervol**
Firm name

**4414 Centerview Dr., Suite 200**
**San Antonio, TX 78228**
Number, Street, City, State & ZIP Code

Contact phone **(210) 522-9500**  Email address  **hervol@sbcglobal.net**

**00784264**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Petroleum Towers - Cotter, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 25, 2018**     X **/s/ Marcus P. Rogers**
Signature of individual signing on behalf of debtor

**Marcus P. Rogers**
Printed name

**Ind. Adm. of the Est. of James F. Cotter, Dec'd**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Petroleum Towers - Cotter, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders** 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ace Sprinklers** 8211 Ermington San Antonio, TX 78254 | | **Sprinkler Repairs** | | | | $2,981.49 |
| **Blackmon-Mooring** 4808 Perrin Creek San Antonio, TX 78217 | | **Hazard Cleanup** | | | | $1,429.59 |
| **Cascade Water Services** 113 Bloomingdale Rd Hicksville, NY 11801 | | **Water Treatment** | | | | $1,294.48 |
| **CPI Office Products** P.O. Box 292130 Lewisville, TX 75029-2130 | | **Janitorial Supplies** | | | | $9,411.47 |
| **Crown Custom Builders** 5515 Royal Vista Drive San Antonio, TX 78247 | | **Tenant Improvement** | | | | $2,486.14 |
| **Flo-Aire Service, Inc.** 9811 Cobb Street San Antonio, TX 78217 | | **HVAC Repairs** | | | | $8,030.00 |
| **Good Guys Remodeling & Landscaping** 19141 Stone Oak Pkwy #104 San Antonio, TX 78258 | | **Tenant Improvements** | | | | $1,992.88 |

| Debtor | **Petroleum Towers - Cotter, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Green Carpet Co.**<br>8480 Fourwinds Dr<br>San Antonio, TX 78239 | | **Tenant Improvement** | | | | $3,968.01 |
| **Massengale Armature**<br>1031 Basse Rd<br>San Antonio, TX 78212 | | **HVAC repairs** | | | | $2,530.95 |
| **Matera Paper Company**<br>P.O. Box 200184<br>San Antonio, TX 78220-0814 | | **Janitorial Supplies** | | | | $2,148.22 |
| **National Compressor Exchange, Inc.**<br>6185 Jimmy Carter Blvd. Unit G<br>Norcross, GA 30071 | | **HVAC Repairs** | | | | $1,400.00 |
| **O'Connor & Associates**<br>2200 North Loop West Suite 200<br>Houston, TX 77018 | | **Prof. Fees** | | | | $784.84 |
| **Philip J. Rodriguez Plumbing**<br>5878 Castle Hunt<br>San Antonio, TX 78218 | | **Plumbing Repairs** | | | | $425.00 |
| **Plant Interscapes**<br>6436 Babcock Rd<br>San Antonio, TX 78249-2951 | | **Interior Plants** | | | | $441.51 |
| **Roto Rooter Plumbing & Drain Service**<br>P.O. Box 487<br>Newman Lake, WA 99025 | | **Plumbing Repairs** | | | | $6,732.02 |
| **Texas Chiller Systems, LLC**<br>P.O. Box 792248<br>San Antonio, TX 78279 | | **HVAC Repairs** | | | | $69,833.70 |
| **Total Com Management, Inc.**<br>P.O. Box 460230<br>San Antonio, TX 78246-0230 | | **Fire Protection** | | | | $451.01 |

Debtor **Petroleum Towers - Cotter, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Waste Management of Texas, Inc.**  **P.O. Box 660345**  **Dallas, TX 75266** | | **Trash Removal** | | | | $832.25 |
| **Wilfrido Cabuto**  **2303 Oakline Dr.**  **San Antonio, TX 78232** | | **Exterior Landscaping** | | | | $9,736.25 |
| **Zavala Painting**  **3214 Chamita**  **San Antonio, TX 78211** | | **Tenant Improvement** | | | | $3,031.00 |

# United States Bankruptcy Court
## Western District of Texas

In re **Petroleum Towers - Cotter, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Estate of James F. Cotter, Dec'd**<br>**c/o Marcus P. Rogers**<br>**Ind. Adm. of the Est. of James F. Cotter**<br>**2135 E. Hildebrand**<br>**San Antonio, TX 78209** | | | 100% owner |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Ind. Adm. of the Est. of James F. Cotter, Dec'd, acting on behalf of and the authorized representative of the** entity named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 25, 2018**    Signature */s/ Marcus P. Rogers*
**Marcus P. Rogers**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re: **Petroleum Towers - Cotter, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Ind. Adm. of the Est. of James F. Cotter, Dec'd of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 25, 2018**

/s/ Marcus P. Rogers
**Marcus P. Rogers**/**Ind. Adm. of the Est. of James F. Cotter, Dec'd**
Signer/Title

United States Trustee
P.O. Box 1539
San Antonio, TX 78295-1539


Ace Sprinklers
8211 Ermington
San Antonio, TX 78254


Affordable Venture Home Healthcare,
8626 Tesoro Drive, Suite 205-G
San Antonio, TX 78217


Alamo Area Council of Governments
8700 Tesoro Dr #160
San Antonio, TX 78217


Alamo Blinds, Shades & Shutters
1110 W. Basse Rd Ste.101
San Antonio, TX 78212


Alliance Shippers, Inc
8626 Tesoro Drive, Suite 525
San Antonio, TX 78217


Allied Equipment, Inc.
8626 Tesoro Drive, Suite 400
San Antonio, TX 78217


Alpha Terra Engineering, Inc.
8626 Tesoro Drive, Suite 810
San Antonio, TX 78217


AmCan Equipment Rentals Inc
8626 Tesoro Drive, Suite 460
San Antonio, TX 78217


Aslan Realty
8626 Tesoro Drive, Suite 502
San Antonio, TX 78217


Astex Tax Consulting
8626 Tesoro Drive, Suite 205-K
San Antonio, TX 78217

Bettye Ruth Cotter
3601 N.W. 62nd Street
Oklahoma City, OK 73112


Bexar County
c/o Linebarger, Goggan et al
711 Navarro, Suite 300
San Antonio, TX 78205


BJ Corp. d/b/a National Building Service
c/o Richie & Gueringer, P.C.
112 East Pecan Street, Suite 1420
San Antonio, TE 78205


Blackmon-Mooring
4808 Perrin Creek
San Antonio, TX 78217


Broadway National Bank
P.O. Box 171250
San Antonio, TX 78217


Cain Law Office
8626 Tesoro Drive, Suite 811
San Antonio, TX 78217


CAS Consulting & Services, INC
8626 Tesoro Drive, Suite 205-Q
San Antonio, TX 78217


Cascade Water Services
113 Bloomingdale Rd
Hicksville, NY 11801


Catalyst Oilfield Services, LLC.
8626 Tesoro Drive, Suite 820
San Antonio, TX 78217


Chuck Wright
8626 Tesoro Drive, Suite 515
San Antonio, TX 78217


Consolidated Electrical Distributors, In
8703 Botts Street
San Antonio, TX 78217

```
Corridor Mobile Medical Services
8626 Tesoro Drive, Suite 210
San Antonio, TX 78217


CPI Office Products
P.O. Box 292130
Lewisville, TX 75029-2130


Crown Custom Builders
5515 Royal Vista Drive
San Antonio, TX 78247


David Van Os
8626 Tesoro Drive, Suite 510
San Antonio, TX 78217


DBR Engineering Consultants
8626 Tesoro Drive, Suite 702
San Antonio, TX 78217


Ferguson Facilities Supply
P.O. Box 100286
Atlanta, GA 30384-0286


Flo-Aire Service, Inc.
9811 Cobb Street
San Antonio, TX 78217


GONRE LLC
8626 Tesoro Drive, Suite 420
San Antonio, TX 78217


Good Guys Remodeling & Landscaping
19141 Stone Oak Pkwy #104
San Antonio, TX 78258


Green Carpet Co.
8480 Fourwinds Dr
San Antonio, TX 78239


Hayden & Cunningham, PLLC
7750 Broadway
San Antonio, TX 78209
```

```
Healthcare Compliance Readiness
8626 Tesoro Drive, Suite 815
San Antonio, TX 78217


Hezel & Associates, Inc
8626 Tesoro Drive, Suite 470
San Antonio, TX 78217


Internal Revenue Service
8700 Tesoro Dr., Suite 200
San Antonio, TX 78217


Internal Revenue Service - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


International Academy of Tax & Trade Law
8626 Tesoro Drive, Suite 205-H
San Antonio, TX 78217


James Adam Cotter
23019 Steeple Bluff
San Antonio, TX 78256-1603


James Andrew Cotter
6 Lincoln Place
Rancho Mirage, CA 92270-1928


James Vale Lee Cotter
28 Morning Green
San Antonio, TX 78257-2602


Juan Carlos Santandreu
8626 Tesoro Drive, Suite 205-O
San Antonio, TX 78217


Kristina Dupre
8626 Tesoro Drive, Suite 205-L
San Antonio, TX 78217


Laura Lizette Nale
8626 Tesoro Drive, Suite 806
San Antonio, TX 78217
```

Massengale Armature
1031 Basse Rd
San Antonio, TX 78212


Matera Paper Company
P.O. Box 200184
San Antonio, TX 78220-0814


Miles D. Witt, II (Hypnotherapy)
8626 Tesoro Drive, Suite 205-V
San Antonio, TX 78217


National Compressor Exchange, Inc.
6185 Jimmy Carter Blvd. Unit G
Norcross, GA 30071


National Tech, LLC.
8626 Tesoro Drive, Suite 315
San Antonio, TX 78217


Net Financial Insurance
8626 Tesoro Drive, Suite 205-K
San Antonio, TX 78217


O'Connor & Associates
2200 North Loop West Suite 200
Houston, TX 77018


Perdue Brandon Fielder Collins
 8626 Tesoro Dr #816
San Antonio, TX 78217


Philip J. Rodriguez Plumbing
5878 Castle Hunt
San Antonio, TX 78218


Phoenix Biotechnology, Inc.
8626 Tesoro Drive, Suite 801
San Antonio, TX 78217


Plant Interscapes
6436 Babcock Rd
San Antonio, TX 78249-2951

Randy Cavazos
8626 Tesoro Drive, Suite 205-R
San Antonio, TX 78217


Real Estate Council of San Antonio
8626 Tesoro Drive, Suite 803
San Antonio, TX 78217


Roto Rooter Plumbing & Drain Service
P.O. Box 487
Newman Lake, WA 99025


San Antonio Counseling and Behavior
8626 Tesoro Drive, Suite 202
San Antonio, TX 78217


Sickle Cell Ass'n of Texas
8626 Tesoro Drive, Suite 205-J
San Antonio, TX 78217


Statewide Patrol, Inc.
8626 Tesoro Drive, Suite 504
San Antonio, TX 78217


Steve Villa Insurance Agency
8626 Tesoro Drive, Suite 814
San Antonio, TX 78217


Team Integrated Engineering, Inc.
8626 Tesoro Drive, Suite 430
San Antonio, TX 78217


Texas Chiller Systems, LLC
P.O. Box 792248
San Antonio, TX 78279


The United States Marine Corp.
8700 Tesoro Dr #180
San Antonio, TX 78217


TIGTA
8700 Tesoro Dr, Suite 250
San Antonio, TX 78217

Time for Taxes
8626 Tesoro Drive, Suite 205F
San Antonio, TX 78217


Total Com Management, Inc.
P.O. Box 460230
San Antonio, TX 78246-0230


Trace Company
P.O. Box 845053
Dallas, TX 75284-5053


Trane US, Inc.
3600 Pammel Creek Road
La Crosse, WI 54601


United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


United States Attorney/IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


Valeri Marie Cotter Zaharie
5743 E. Shoreline
Post Falls, ID 83854-6855


Vivian Claudette Mueller
102 Kathy Drive
Kerrville, TX 78028-9744


Wanderlust Ironworks
12125 Jones Maltsberger
San Antonio, TX 78247


Waste Management of Texas, Inc.
P.O. Box 660345
Dallas, TX 75266


Whitaker Insurance Association, Inc.
8626 Tesoro Drive, Suite 310
San Antonio, TX 78217

Wilfrido Cabuto
2303 Oakline Dr.
San Antonio, TX 78232


Will's All Pro Plumbing & A/C
7847 Fortune Dr
San Antonio, TX 78250


Winsupply
520 N Virginia
Oklahoma City, OK 73101


Zavala Painting
3214 Chamita
San Antonio, TX 78211

**United States Bankruptcy Court**
**Western District of Texas**

In re   **Petroleum Towers - Cotter, LLC**                                     Case No.
                                    Debtor(s)                                  Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Petroleum Towers - Cotter, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 25, 2018** | /s/ H. Anthony Hervol |
| Date | H. Anthony Hervol 00784264 |
| | Signature of Attorney or Litigant |
| | Counsel for   **Petroleum Towers - Cotter, LLC** |
| | Law Office of H. Anthony Hervol |
| | **4414 Centerview Dr., Suite 200** |
| | **San Antonio, TX 78228** |
| | **(210) 522-9500 Fax:(210) 522-0205** |
| | **hervol@sbcglobal.net** |