**Fill in this information to identify the case:**

Debtor name    **Petroleum Towers - Cotter, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **18-50197-RBK**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 14, 2018**          X **/s/ Marcus P. Rogers**
                                                Signature of individual signing on behalf of debtor

                                               **Marcus P. Rogers**
                                               Printed name

                                               **Ind. Adm. of the Est. of James F. Cotter, Dec'd**
                                               Position or relationship to debtor

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Petroleum Towers - Cotter, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF TEXAS

Case number (if known)     **18-50197-RBK**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................   $    **20,608,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................   $    **817,202.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................   $    **21,425,202.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $    **17,161,769.46**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................   $    **120,069.93**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$    **61,807.08**

4.  **Total liabilities** ......................................................................................
    Lines 2 + 3a + 3b   $    **17,343,646.47**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Petroleum Towers - Cotter, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **18-50197-RBK**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.  **Cash on hand** | **$500.00** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Broadway Bank - Lockbox Account (as of 2/5/18)** | **Checking** | **311** | $566,535.19 |
| 3.2. | **Broadway Bank - Operating Account (as of 2/5/18)** | **Checking** | **456** | $86,164.63 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $653,199.82 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number *(If known)* | **18-50197-RBK** |
|---|---|---|---|
| | Name | | |

| 8.1. | **Prepaid insurance** | $17,160.14 |
|---|---|---|

| 9. | **Total of Part 2.** | $17,160.14 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** |

| 11a. 90 days old or less: | 89,776.21 | - | 0.00 | = .... | $89,776.21 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 16,157.43 | - | 0.00 | =.... | $16,157.43 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $105,933.64 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| 39. | **Office furniture** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Petroleum Towers - Cotter, LLC**
Name

Case number *(If known)* **18-50197-RBK**

| **Furniture, Fixtures, Equipment, Supplies** | $0.00 | **Tax records** | $1,960.00 |
|---|---|---|---|

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | $1,960.00 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1.  **8626 & 8700 Tesoro Dr., San Antonio, Texas 78217 (9.3071 Acres with two Commercial Office Buildings)** | **Fee simple** | $0.00 | **Tax records** | $20,608,000.00 |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | $20,608,000.00 |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **Petroleum Towers - Cotter, LLC**                              Case number *(If known)*  **18-50197-RBK**
_____
Name

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.
       ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**CAM reconciliation (Gross) (2016: $59,437.65 owed to Tenants; 2017: $98,386.05 owed to Landlord)** | $38,948.40 |

78.    **Total of Part 11.**
       Add lines 71 through 77. Copy the total to line 90.

       | $38,948.40 |
       |---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number *(If known)* **18-50197-RBK** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $653,199.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,160.14 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $105,933.64 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,960.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $20,608,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $38,948.40 | |
| 91. **Total.** Add lines 80 through 90 for each column | $817,202.00 | + 91b. $20,608,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,425,202.00 |

**Fill in this information to identify the case:**

Debtor name __**Petroleum Towers - Cotter, LLC**__

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  __**18-50197-RBK**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Bexar County** | Describe debtor's property that is subject to a lien | **$718,418.85** | **$20,608,000.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Linebarger, Goggan et al**
**711 Navarro, Suite 300**
**San Antonio, TX 78205**

**8626 & 8700 Tesoro Dr., San Antonio, Texas 78217 (9.3071 Acres with two Commercial Office Buildings)**

Creditor's mailing address

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Bexar County**
**2. Broadway National Bank**
**3. Broadway National Bank**
**4. Trane US, Inc.**
**5. Texas Chiller Systems, LLC**

| 2.2 | **Broadway National Bank** | Describe debtor's property that is subject to a lien | **$15,919,890.95** | **$20,608,000.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 171250**
**San Antonio, TX 78217**

**8626 & 8700 Tesoro Dr., San Antonio, Texas 78217 (9.3071 Acres with two Commercial Office Buildings)**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number (if known) | **18-50197-RBK** |
|---|---|---|---|
| | Name | | |

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **Broadway National Bank** | Describe debtor's property that is subject to a lien | $346,133.54 | $20,608,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **8626 & 8700 Tesoro Dr., San Antonio, Texas 78217 (9.3071 Acres with two Commercial Office Buildings)** | | |
| | **P.O. Box 171250 San Antonio, TX 78217** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Deed of Trust** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.4 | **Texas Chiller Systems, LLC** | Describe debtor's property that is subject to a lien | $69,833.70 | $20,608,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **8626 & 8700 Tesoro Dr., San Antonio, Texas 78217 (9.3071 Acres with two Commercial Office Buildings)** | | |
| | **P.O. Box 792248 San Antonio, TX 78279** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Mechanic's Lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.5 | **Trane US, Inc.** | Describe debtor's property that is subject to a lien | $107,492.42 | $20,608,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **8626 & 8700 Tesoro Dr., San Antonio, Texas 78217 (9.3071 Acres with two Commercial Office Buildings)** | | |
| | **3600 Pammel Creek Road La Crosse, WI 54601** | | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor **Petroleum Towers - Cotter, LLC** | Case number (if know) **18-50197-RBK** |
| Name | |

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **Mechanic's Lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$17,161,769. 46** |

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Trane Company**<br>**P.O. Box 845053**<br>**Dallas, TX 75284-5053** | Line  **2.5** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Petroleum Towers - Cotter, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **18-50197-RBK**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Affordable Venture Home Healthcare,**<br>**8626 Tesoro Drive, Suite 205-G**<br>**San Antonio, TX 78217** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,008.00 | $1,008.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Alamo Area Council of Governments**<br>**8700 Tesoro Dr #160**<br>**San Antonio, TX 78217** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 | $2,850.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Security Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number (if known) | **18-50197-RBK** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,637.00** | **$2,850.00** |
|---|---|---|---|---|

**Alliance Shippers, Inc**
**8626 Tesoro Drive, Suite 525**
**San Antonio, TX 78217**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,641.00** | **$2,850.00** |
|---|---|---|---|---|

**Allied Equipment, Inc.**
**8626 Tesoro Drive, Suite 400**
**San Antonio, TX 78217**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,885.84** | **$2,850.00** |
|---|---|---|---|---|

**Alpha Terra Engineering, Inc.**
**8626 Tesoro Drive, Suite 810**
**San Antonio, TX 78217**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,603.00** | **$2,850.00** |
|---|---|---|---|---|

**AmCan Equipment Rentals Inc**
**8626 Tesoro Drive, Suite 460**
**San Antonio, TX 78217**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number (if known) | **18-50197-RBK** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,413.00** | **$2,850.00** |
|---|---|---|---|---|

**Aslan Realty**
**8626 Tesoro Drive, Suite 502**
**San Antonio, TX 78217**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,341.67** | **$1,341.67** |
|---|---|---|---|---|

**Cain Law Office**
**8626 Tesoro Drive, Suite 811**
**San Antonio, TX 78217**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$483.33** | **$483.33** |
|---|---|---|---|---|

**CAS Consulting & Services, INC**
**8626 Tesoro Drive, Suite 205-Q**
**San Antonio, TX 78217**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,934.66** | **$2,850.00** |
|---|---|---|---|---|

**Chuck Wright**
**8626 Tesoro Drive, Suite 515**
**San Antonio, TX 78217**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number (if known) | **18-50197-RBK** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,938.34** | **$2,850.00** |
|---|---|---|---|---|
| | **David Van Os** | *Check all that apply.* | | |
| | **8626 Tesoro Drive, Suite 510** | ■ Contingent | | |
| | **San Antonio, TX 78217** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Security Deposit** |

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,676.66** | **$2,850.00** |
|---|---|---|---|---|
| | **DBR Engineering Consultants** | *Check all that apply.* | | |
| | **8626 Tesoro Drive, Suite 702** | ■ Contingent | | |
| | **San Antonio, TX 78217** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Security Deposit** |

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,354.00** | **$2,850.00** |
|---|---|---|---|---|
| | **GONRE LLC** | *Check all that apply.* | | |
| | **8626 Tesoro Drive, Suite 420** | ■ Contingent | | |
| | **San Antonio, TX 78217** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Security Deposit** |

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,960.00** | **$2,850.00** |
|---|---|---|---|---|
| | **Hezel & Associates, Inc** | *Check all that apply.* | | |
| | **8626 Tesoro Drive, Suite 470** | ■ Contingent | | |
| | **San Antonio, TX 78217** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | **Security Deposit** |

Last 4 digits of account number      Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number (if known) | **18-50197-RBK** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service - Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $358.33 | $358.33 |
|---|---|---|---|---|

**International Academy of Tax & Trade Law**
**8626 Tesoro Drive, Suite 205-H**
**San Antonio, TX 78217**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,195.00 | $2,850.00 |
|---|---|---|---|---|

**Laura Lizette Nale**
**8626 Tesoro Drive, Suite 806**
**San Antonio, TX 78217**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $590.00 | $590.00 |
|---|---|---|---|---|

**Miles D. Witt, II (Hypnotherapy)**
**8626 Tesoro Drive, Suite 205-V**
**San Antonio, TX 78217**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number (if known) | **18-50197-RBK** |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address
**National Tech, LLC.**
**8626 Tesoro Drive, Suite 315**
**San Antonio, TX 78217**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$11,381.50**        **$2,850.00**

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.20** | Priority creditor's name and mailing address
**Net Financial Insurance**
**8626 Tesoro Drive, Suite 205-K**
**San Antonio, TX 78217**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$676.00**        **$676.00**

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.21** | Priority creditor's name and mailing address
**Perdue Brandon Fielder Collins**
**8626 Tesoro Dr #816**
**San Antonio, TX 78217**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$4,544.84**        **$2,850.00**

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.22** | Priority creditor's name and mailing address
**San Antonio Counseling and**
**Behavior**
**8626 Tesoro Drive, Suite 202**
**San Antonio, TX 78217**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$3,839.58**        **$2,850.00**

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | Petroleum Towers - Cotter, LLC | Case number (if known) | 18-50197-RBK |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $716.66 | $716.66 |
|---|---|---|---|---|

**2.23**  Priority creditor's name and mailing address

**Sickle Cell Ass'n of Texas**
**8626 Tesoro Drive, Suite 205-J**
**San Antonio, TX 78217**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

$716.66    $716.66

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.24**  Priority creditor's name and mailing address

**Statewide Patrol, Inc.**
**8626 Tesoro Drive, Suite 504**
**San Antonio, TX 78217**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

$5,311.36    $2,850.00

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.25**  Priority creditor's name and mailing address

**Team Integrated Engineering, Inc.**
**8626 Tesoro Drive, Suite 430**
**San Antonio, TX 78217**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

$8,990.16    $2,850.00

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.26**  Priority creditor's name and mailing address

**Time for Taxes**
**8626 Tesoro Drive, Suite 205F**
**San Antonio, TX 78217**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

$590.00    $590.00

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Petroleum Towers - Cotter, LLC | Case number (if known) | 18-50197-RBK |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**Ace Sprinklers**
**8211 Ermington**
**San Antonio, TX 78254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sprinkler Repairs**

Is the claim subject to offset? ■ No ☐ Yes

**$2,981.49**

---

**3.2** | Nonpriority creditor's name and mailing address

**Alamo Blinds, Shades & Shutters**
**1110 W. Basse Rd Ste.101**
**San Antonio, TX 78212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant General Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$398.93**

---

**3.3** | Nonpriority creditor's name and mailing address

**Bettye Ruth Cotter**
**3601 N.W. 62nd Street**
**Oklahoma City, OK 73112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cotter Estate Heir**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4** | Nonpriority creditor's name and mailing address

**BJ Corp. d/b/a National Building Service**
**c/o Richie & Gueringer, P.C.**
**112 East Pecan Street, Suite 1420**
**San Antonio, TE 78205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Pending claims (case on appeal)**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5** | Nonpriority creditor's name and mailing address

**Blackmon-Mooring**
**4808 Perrin Creek**
**San Antonio, TX 78217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hazard Cleanup**

Is the claim subject to offset? ■ No ☐ Yes

**$1,429.59**

---

**3.6** | Nonpriority creditor's name and mailing address

**Cascade Water Services**
**113 Bloomingdale Rd**
**Hicksville, NY 11801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water Treatment**

Is the claim subject to offset? ■ No ☐ Yes

**$1,294.48**

---

**3.7** | Nonpriority creditor's name and mailing address

**Consolidated Electrical Distributors, In**
**8703 Botts Street**
**San Antonio, TX 78217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lighting supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$109.70**

---

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number (if known) | **18-50197-RBK** |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,411.47**

**CPI Office Products**
**P.O. Box 292130**
**Lewisville, TX 75029-2130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Janitorial Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,486.14**

**Crown Custom Builders**
**5515 Royal Vista Drive**
**San Antonio, TX 78247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Improvement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Estate of James F. Cotter, Dec'd**
**c/o Marcus P. Rogers**
**Ind. Adm. of the Est. of James F. Cotter**
**2135 E. Hildebrand**
**San Antonio, TX 78209**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Expenses of Administration pursuant to Texas Estates Code**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.81**

**Ferguson Facilities Supply**
**P.O. Box 100286**
**Atlanta, GA 30384-0286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Service Charge**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,030.00**

**Flo-Aire Service, Inc.**
**9811 Cobb Street**
**San Antonio, TX 78217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **HVAC Repairs**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,992.88**

**Good Guys Remodeling & Landscaping**
**19141 Stone Oak Pkwy #104**
**San Antonio, TX 78258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Improvements**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,968.01**

**Green Carpet Co.**
**8480 Fourwinds Dr**
**San Antonio, TX 78239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Improvement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Petroleum Towers - Cotter, LLC | Case number (if known) | 18-50197-RBK |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address

**Hayden & Cunningham, PLLC**
**7750 Broadway**
**San Antonio, TX 78209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No  ☐ Yes

**$360.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**James Adam Cotter**
**23019 Steeple Bluff**
**San Antonio, TX 78256-1603**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cotter Estate Heir**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.17** | Nonpriority creditor's name and mailing address

**James Andrew Cotter**
**6 Lincoln Place**
**Rancho Mirage, CA 92270-1928**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cotter Estate Heir**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.18** | Nonpriority creditor's name and mailing address

**James Vale Lee Cotter**
**28 Morning Green**
**San Antonio, TX 78257-2602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cotter Estate Heir**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.19** | Nonpriority creditor's name and mailing address

**Massengale Armature**
**1031 Basse Rd**
**San Antonio, TX 78212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC repairs**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,530.95**

---

**3.20** | Nonpriority creditor's name and mailing address

**Matera Paper Company**
**P.O. Box 200184**
**San Antonio, TX 78220-0814**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Janitorial Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,148.22**

---

**3.21** | Nonpriority creditor's name and mailing address

**National Compressor Exchange, Inc.**
**6185 Jimmy Carter Blvd. Unit G**
**Norcross, GA 30071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC Repairs**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,400.00**

---

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number (if known) | **18-50197-RBK** |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.84**

**O'Connor & Associates**
**2200 North Loop West Suite 200**
**Houston, TX 77018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Prof. Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$425.00**

**Philip J. Rodriguez Plumbing**
**5878 Castle Hunt**
**San Antonio, TX 78218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Plumbing Repairs**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$441.51**

**Plant Interscapes**
**6436 Babcock Rd**
**San Antonio, TX 78249-2951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Interior Plants**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,732.02**

**Roto Rooter Plumbing & Drain Service**
**P.O. Box 487**
**Newman Lake, WA 99025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Plumbing Repairs**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$451.01**

**Total Com Management, Inc.**
**P.O. Box 460230**
**San Antonio, TX 78246-0230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Fire Protection**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Valeri Marie Cotter Zaharie**
**5743 E. Shoreline**
**Post Falls, ID 83854-6855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cotter Estate Heir**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Vivian Claudette Mueller**
**102 Kathy Drive**
**Kerrville, TX 78028-9744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Cotter Estate Heir**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number (if known) | **18-50197-RBK** |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wanderlust Ironworks**
**12125 Jones Maltsberger**
**San Antonio, TX 78247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $832.25 |
|---|---|---|---|

**Waste Management of Texas, Inc.**
**P.O. Box 660345**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trash Removal__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,736.25 |
|---|---|---|---|

**Wilfrido Cabuto**
**2303 Oakline Dr.**
**San Antonio, TX 78232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Exterior Landscaping__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.95 |
|---|---|---|---|

**Will's All Pro Plumbing & A/C**
**7847 Fortune Dr**
**San Antonio, TX 78250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Plumbing Repairs__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $419.58 |
|---|---|---|---|

**Winsupply**
**520 N Virginia**
**Oklahoma City, OK 73101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Plumbing Supplies__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,031.00 |
|---|---|---|---|

**Zavala Painting**
**3214 Chamita**
**San Antonio, TX 78211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Tenant Improvement__

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **United States Attorney General**<br>**Department of Justice**<br>**950 Pennsylvania Avenue, N.W.**<br>**Washington, DC 20530** | Line  __2.15__<br><br>☐ Not listed. Explain ____ | __ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number (if known) | **18-50197-RBK** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **United States Attorney/IRS**<br>**601 N.W. Loop 410, Suite 600**<br>**San Antonio, TX 78216** | Line **2.15** <br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 120,069.93 |
| **5b. Total claims from Part 2** | 5b. + | $ | 61,807.08 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 181,877.01 |

**Fill in this information to identify the case:**

Debtor name    **Petroleum Towers - Cotter, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **18-50197-RBK**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
| State the term remaining | |
| List the contract number of any government contract | **Affordable Venture Home Healthcare,** **8626 Tesoro Drive, Suite 205-G** **San Antonio, TX 78217** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
| State the term remaining | |
| List the contract number of any government contract | **Alamo Area Council of Governments** **8700 Tesoro Dr #160** **San Antonio, TX 78217** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
| State the term remaining | |
| List the contract number of any government contract | **Alliance Shippers, Inc** **8626 Tesoro Drive, Suite 525** **San Antonio, TX 78217** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
| State the term remaining | |
| List the contract number of any government contract | **Allied Equipment, Inc.** **8626 Tesoro Drive, Suite 400** **San Antonio, TX 78217** |

| Debtor 1 | **Petroleum Towers - Cotter, LLC** | | Case number *(if known)* | **18-50197-RBK** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **Alpha Terra Engineering, Inc.** |
| | List the contract number of any government contract | | **8626 Tesoro Drive, Suite 810** **San Antonio, TX 78217** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **AmCan Equipment Rentals Inc** |
| | List the contract number of any government contract | | **8626 Tesoro Drive, Suite 460** **San Antonio, TX 78217** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **Aslan Realty** |
| | List the contract number of any government contract | | **8626 Tesoro Drive, Suite 502** **San Antonio, TX 78217** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **Astex Tax Consulting** |
| | List the contract number of any government contract | | **8626 Tesoro Drive, Suite 205-K** **San Antonio, TX 78217** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **Cain Law Office** |
| | List the contract number of any government contract | | **8626 Tesoro Drive, Suite 811** **San Antonio, TX 78217** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **CAS Consulting & Services, INC** |
| | List the contract number of any | | **8626 Tesoro Drive, Suite 205-Q** **San Antonio, TX 78217** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Petroleum Towers - Cotter, LLC** | | | Case number *(if known)* | **18-50197-RBK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | government contract | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **Catalyst Oilfield Services, LLC.** |
| | List the contract number of any government contract | | **8626 Tesoro Drive, Suite 820** **San Antonio, TX 78217** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **Chuck Wright** |
| | List the contract number of any government contract | | **8626 Tesoro Drive, Suite 515** **San Antonio, TX 78217** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **Corridor Mobile Medical Services** |
| | List the contract number of any government contract | | **8626 Tesoro Drive, Suite 210** **San Antonio, TX 78217** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **David Van Os** |
| | List the contract number of any government contract | | **8626 Tesoro Drive, Suite 510** **San Antonio, TX 78217** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **DBR Engineering Consultants** |
| | List the contract number of any government contract | | **8626 Tesoro Drive, Suite 702** **San Antonio, TX 78217** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | | | **GONRE LLC** **8626 Tesoro Drive, Suite 420** **San Antonio, TX 78217** |

| Debtor 1 | **Petroleum Towers - Cotter, LLC** | | | Case number (*if known*) | **18-50197-RBK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Healthcare Compliance Readiness**<br>**8626 Tesoro Drive, Suite 815**<br>**San Antonio, TX 78217** |

| | | |
|---|---|---|
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Hezel & Associates, Inc**<br>**8626 Tesoro Drive, Suite 470**<br>**San Antonio, TX 78217** |

| | | |
|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Internal Revenue Service**<br>**8700 Tesoro Dr., Suite 200**<br>**San Antonio, TX 78217** |

| | | |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **International Academy of Tax & Trade Law**<br>**8626 Tesoro Drive, Suite 205-H**<br>**San Antonio, TX 78217** |

| | | |
|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Juan Carlos Santandreu**<br>**8626 Tesoro Drive, Suite 205-O**<br>**San Antonio, TX 78217** |

| Debtor 1 | Petroleum Towers - Cotter, LLC | | | Case number *(if known)* | **18-50197-RBK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease**

State the term remaining

List the contract number of any government contract

**Kristina Dupre**
**8626 Tesoro Drive, Suite 205-L**
**San Antonio, TX 78217**

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease**

State the term remaining

List the contract number of any government contract

**Laura Lizette Nale**
**8626 Tesoro Drive, Suite 806**
**San Antonio, TX 78217**

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease**

State the term remaining

List the contract number of any government contract

**Miles D. Witt, II (Hypnotherapy)**
**8626 Tesoro Drive, Suite 205-V**
**San Antonio, TX 78217**

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease**

State the term remaining

List the contract number of any government contract

**National Tech, LLC.**
**8626 Tesoro Drive, Suite 315**
**San Antonio, TX 78217**

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease**

State the term remaining

List the contract number of any government contract

**Net Financial Insurance**
**8626 Tesoro Drive, Suite 205-K**
**San Antonio, TX 78217**

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease**

State the term remaining

List the contract number of any

**Perdue Brandon Fielder Collins**
**8626 Tesoro Dr #816**
**San Antonio, TX 78217**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Petroleum Towers - Cotter, LLC** | | | Case number *(if known)* | **18-50197-RBK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Phoenix Biotechnology, Inc.**<br>**8626 Tesoro Drive, Suite 801**<br>**San Antonio, TX 78217** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Randy Cavazos**<br>**8626 Tesoro Drive, Suite 205-R**<br>**San Antonio, TX 78217** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Real Estate Council of San Antonio**<br>**8626 Tesoro Drive, Suite 803**<br>**San Antonio, TX 78217** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **San Antonio Counseling and Behavior**<br>**8626 Tesoro Drive, Suite 202**<br>**San Antonio, TX 78217** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sickle Cell Ass'n of Texas**<br>**8626 Tesoro Drive, Suite 205-J**<br>**San Antonio, TX 78217** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
|---|---|---|
| | | **Statewide Patrol, Inc.**<br>**8626 Tesoro Drive, Suite 504**<br>**San Antonio, TX 78217** |

| Debtor 1 | **Petroleum Towers - Cotter, LLC** | | | Case number *(if known)* | **18-50197-RBK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
|---|---|---|
|  | State the term remaining | **Steve Villa Insurance Agency**<br>**8626 Tesoro Drive, Suite 814**<br>**San Antonio, TX 78217** |
|  | List the contract number of any government contract | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
|---|---|---|
|  | State the term remaining | **Team Integrated Engineering, Inc.**<br>**8626 Tesoro Drive, Suite 430**<br>**San Antonio, TX 78217** |
|  | List the contract number of any government contract | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
|---|---|---|
|  | State the term remaining | **The United States Marine Corp.**<br>**8700 Tesoro Dr #180**<br>**San Antonio, TX 78217** |
|  | List the contract number of any government contract | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
|---|---|---|
|  | State the term remaining | **TIGTA**<br>**8700 Tesoro Dr, Suite 250**<br>**San Antonio, TX 78217** |
|  | List the contract number of any government contract | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** |
|---|---|---|
|  | State the term remaining | **Time for Taxes**<br>**8626 Tesoro Drive, Suite 205F**<br>**San Antonio, TX 78217** |
|  | List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      

Debtor 1   **Petroleum Towers - Cotter, LLC**                                    Case number (*if known*)   **18-50197-RBK**
     First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Whitaker Insurance Association, Inc.**<br>**8626 Tesoro Drive, Suite 310**<br>**San Antonio, TX 78217** |

**Fill in this information to identify the case:**

Debtor name    **Petroleum Towers - Cotter, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    **18-50197-RBK**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1   **Estate of James F. Cotter, Dec'd** | **c/o Marcus P. Rogers Ind. Adm. of the Est. of James F. Cotter 2135 E. Hildebrand San Antonio, TX 78209** | **Broadway National Bank** | ■ D   **2.2** ☐ E/F _____ ☐ G _____ |
| 2.2   **Estate of James F. Cotter, Dec'd** | **c/o Marcus P. Rogers Ind. Adm. of the Est. of James F. Cotter 2135 E. Hildebrand San Antonio, TX 78209** | **Broadway National Bank** | ■ D   **2.3** ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Petroleum Towers - Cotter, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  **18-50197-RBK**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ☐ Operating a business<br>■ Other   **Leasing** | $224,343.22 |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other   **Leasing** | $2,970,210.35 |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Leasing** | $3,391,720.17 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor   **Petroleum Towers - Cotter, LLC**                                    Case number *(if known)*  **18-50197-RBK**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Cotter & Sons, Inc.** | | **$17,958.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.2.   **Urban Space Construction LLC** | | **$11,262.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.   **GFS Servco, LLC** | | **$80,190.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.   **Oracle Elevator** | | **$8,034.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.   **CPS** | | **$80,264.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.   **SAWS** | | **$38,800.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
     List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Urban Space Construction, LLC**<br>        **6 Mallory Lane**<br>        **San Antonio, TX 78257**<br>        **Owner is Debtor's owner** | **Various** | **$45,567.00** | **Office finish out services** |

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number *(if known)* | **18-50197-RBK** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Bexar County v. Petroleum Towers-Cotter, LLC, et. al.**<br>**2017-TA-102077** | **Tax Suit** | **131st Judicial District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **BJ Corporation vs. Cotter & Sons, Inc., et. al.**<br>**2012-CI-09427** | **Breach of alleged contract, other claims** | **438th Judicial District Court** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.3. **Petroleum Towers - Cotter, LLC vs. Bexar Appraisal District**<br>**2017-CI-17072** | **Tax Appraisal** | **45th Judicial District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number *(if known)* | **18-50197-RBK** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of H. Anthony Hervol**<br>**4414 Centerview Dr., Suite 200**<br>**San Antonio, TX 78228** | Attorney fees, filing fees, expense deposit | **January 25, 2018** | $24,000.00 |
| | Email or website address<br>**hervol@sbcglobal.net** | | | |
| | Who made the payment, if not debtor?<br>**Est. of James F. Cotter, Dec'd** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number (if known) | **18-50197-RBK** |

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Financial information on prospective tenants**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Amegy Bank**<br>**5408 Broadway St.**<br>**San Antonio, TX 78209** | **XXXX-7622** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March, 2017 ($100,000 went to Cotter & Sons; $219,767.46 to Est. of James F. Cotter)** | **$319,767.46** |
| 18.2. | **Frost Bank**<br>**P.O. Box 1600**<br>**San Antonio, TX 78296** | **XXXX-8068** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July, 2017** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number *(if known)* | **18-50197-RBK** |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.**  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.**  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.**  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number *(if known)* **18-50197-RBK** |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Jonathan McBride Controller Cotter and Sons, Inc. 1802 NE Loop 410 San Antonio, TX 78217** | **11/2016 - present** |
| 26a.2. | **Cally Granger same address** | **9/16 - 11/2016** |
| 26a.3. | **John Griffin same address** | **2015- 9/2016** |
| 26a.4. | **Jeffrey Frye, CPA 4425 Jamboree Rd Newport Beach, CA 92660** | **2015 - 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Jonathan McBride Controller Cotter and Sons, Inc. 1802 NE Loop 410 San Antonio, TX 78217** | |
| 26c.2. | **Ernst & Young 100 W. Houston St., Suite 1700 San Antonio, TX 78205** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number *(if known)* | **18-50197-RBK** |
|---|---|---|---|

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Estate of James F. Cotter, Dec'd** | **c/o Marcus P. Rogers Ind. Adm. of the Est. of James F. Cotter 2135 E. Hildebrand San Antonio, TX 78209** | **Administrator of Decedent's interest** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **James F. Cotter** | | **CEO** | **12/1/2008 - 1/25/2017** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 . **Urban Space Construction, LLC 6 Mallory Lane San Antonio, TX 78257** | **$45,567.00** | **Various** | **Office finish out services** |
| **Relationship to debtor Owner is Mr. Cotter's son** | | | |
| 30.2 . **See # 18 above** | | | |
| **Relationship to debtor** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Petroleum Towers - Cotter, LLC** | Case number *(if known)* | **18-50197-RBK** |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | | | | **8 different Cotter entities (Petroleum Towers paid vendors which worked on other Cotter properties - HVAC, fire protection, leasing commissions, etc...)** |
| | **To or for Various Cotter owned propertie** | **$32,900.68** | **Various** | |
| | **Relationship to debtor**<br>**Common ownership** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __Petroleum Towers - Cotter, LLC_____  Case number *(if known)* __18-50197-RBK__

---

**Part 14:**  **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __February 14, 2018_____

__/s/ Marcus P. Rogers_____           __Marcus P. Rogers_____
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor  __Ind. Adm. of the Est. of James F. Cotter,_____
                                    __Dec'd__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

| | | | |
|---|---|---|---|
| In re | **Petroleum Towers - Cotter, LLC** | Case No. | **18-50197-RBK** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **20,000.00** |
   | Prior to the filing of this statement I have received | $ | **20,000.00** |
   | Balance Due | $ | **0.00** |

2. $ __**1,717.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **Est. of James F. Cotter, Dec'd**

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **As provided in Doc. Nos. 14 and 14-1 filed herein.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 14, 2018** | **/s/ H. Anthony Hervol** |
| *Date* | **H. Anthony Hervol 00784264** |
| | *Signature of Attorney* |
| | **Law Office of H. Anthony Hervol** |
| | **4414 Centerview Dr., Suite 200** |
| | **San Antonio, TX 78228** |
| | **(210) 522-9500   Fax: (210) 522-0205** |
| | **hervol@sbcglobal.net** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Western District of Texas

In re    **Petroleum Towers - Cotter, LLC**          Case No.    **18-50197-RBK**

                                             Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Estate of James F. Cotter, Dec'd**<br>**c/o Marcus P. Rogers**<br>**Ind. Adm. of the Est. of James F. Cotter**<br>**2135 E. Hildebrand**<br>**San Antonio, TX 78209** | | | 100% owner |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Ind. Adm. of the Est. of James F. Cotter, Dec'd** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 14, 2018**                  Signature    **/s/ Marcus P. Rogers**

                                                                     **Marcus P. Rogers**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.