IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PETROLEUM TOWERS–COTTER, LLC, | § | CASE NO. 18-50197-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## MOTION TO VOLUNTARILY DISMISS CASE

**TO THE HONORABLE RONALD B. KING, CHIEF UNITED STATES BANKRUPTCY JUDGE:**

Now comes Petroleum Towers – Cotter, LLC, the Debtor-in-possession herein, by and through its counsel of record, who files this Motion to Voluntarily Dismiss Case, and would respectfully show the Court the following:

1. This Motion is filed pursuant to 11 U.S.C. §1112 and Fed. R. Bank. P. 1017.

2. On February 1, 2018, Petroleum Towers – Cotter, LLC (hereinafter, the "Debtor") filed a Voluntary Petition for Relief under Chapter 11 of Title 11, United States Code. Debtor continues in possession of its property and it is operating and managing its business as a debtor in possession pursuant to the provisions of 11 U.S.C. §§ 1107(a) and 1108.

3. The Debtor is a Delaware single member limited liability company with its principal place of business and all of its assets located in San Antonio, Texas. The Debtor owns and operates two eight-story commercial real estate office buildings with surrounding parking facilities on 9.601 acres, located at 8626 and 8700 Tesoro Drive, San Antonio, Texas, which are commonly known as "Petroleum Towers" (also referred to herein as "the Property").

4. A purchase money mortgage secured by the Property is held by Broadway National Bank (hereinafter "Broadway"). Broadway filed fully secured Proofs of Claim herein in the amount of $15,948,068.73 and $347,142.11. The ad valorem property taxes assessed against the Property are current through the 2018 tax year. There are two mechanics' and

1

materialman's liens which total $190,593.24 and which were recorded pre-petition against the Property.

5. This is a single asset real estate bankruptcy case as defined by 11 U.S.C. §101(51B). Debtor's primary assets are the Petroleum Towers properties. Through the filing of this case, Debtor sought adequate time to market and sell the Property, as it was anticipated that a sale of the Property would facilitate the full administration of this bankruptcy estate.

6. The Court previously approved the employment of Cushman & Wakefield U.S., Inc. (hereinafter "C&W") as Real Estate Broker to represent the Debtor in connection with the sale of the Property (Doc. 31). C&W marketed the Property utilizing methods designed to obtain the highest and best offer for the same. C&W secured bids from potential buyers which were at or near the amount needed to pay the ad valorem taxes and most of the indebtedness owed to Broadway. However, the offers were not sufficient to pay other creditors likely to hold allowed claims in this case. In consultation with the Debtor's Broker, Debtor's representatives decided to continue to market the Property. Debtor also brought its notes with Broadway current in the interim.

7. After marketing the property for approximately one year, C&W procured a buyer that the Debtor's Broker and representatives agreed represented the highest or otherwise best offer for the Property – an entity known as Windmill Investments, LLC ("Windmill"). The parties executed an Agreement for Purchase and Sale (the "Agreement") in connection with the proposed sale of the Property on February 22, 2019.

8. On April 3, 2019, the Court entered an Order Approving Sale of Property of the Estate Free and Clear of Liens, Claims, Encumbrances and Interests (the "Sale Order") (Doc. 80). Among other things, the Sale Order approved the Agreement for the sale the Property to

Windmill for the purchase price of $15,700,000.00. The Sale Order noted that the purchase price under the Agreement was insufficient to pay all of the claims which are secured by the Property. Therefore, the Debtor must obtain the consent of Broadway and the holders of the M&M liens in order to be able to close the Sale.

9. Thereafter, Debtor's representative executed certain requested amendments to the Agreement extending the inspection periods and closing date.

10. On June 21, 2019, the Debtor's and Windmill's representatives executed another amendment to the Agreement (the "Amendment") which provided the following material terms:

    A. The closure of the due diligence/inspection period under the Agreement;

    B. A contract price reduction from $15,700,000.00 to $15,025,150.00;

    C. An extension of the closing date to August 5, 2019; and

    D. An additional deposit of $100,000 in earnest money with the title company engaged to close the sale which was deemed a non-refundable and earned extension fee. These sums are in additional to the $135,000 originally deposited with the title company for the Petroleum Towers sale.

Thus, the Debtor essentially agreed to a 4.2% price concession in exchange for additional earnest money, the parties' agreement to make all of the earnest money non-refundable, and the agreement to move the contract past the inspection phase. With the expiration of the inspection period, the Buyer could thus focus on closing as the inspection matters have been thoroughly vetted at this point.

11. The price reduction set forth in the Amendment creates an even larger deficiency in the sums available to pay the claims which are secured by the property. Notwithstanding this fact, the Debtor and Broadway agree that the sale should move forward. However, in the event

that the sale is closed while the Debtor remains in a pending Chapter 11 bankruptcy case, the Debtor will incur an estimated United States Trustee fee in excess of $148,000.00.

12. In light of the foregoing, the Debtor does not have the ability to confirm a plan of reorganization in this case. Further, closing a 363 sale during the pendency of this case would leave the Debtor with approximately $148,000.00 less to pay the M&M lienholders who must be paid in order to provide clear title to the Buyer at closing.

13. Under section 1112(b) of the Bankruptcy Code, the Bankruptcy Court shall convert a case to chapter 7 or dismiss a case, whichever is in the best interest of the creditors and the estate, if the movant establishes cause, unless the Court finds that a chapter 11 trustee or examiner is in the best interests of the creditors and the estate or the Court finds and specifically identifies unusual circumstances that establish that conversion or dismissal of the case is not in the best interest of creditors and the estate. 11 U.S.C. § 1112(b).

14. In light of the foregoing facts, cause exists to dismiss this case. Conversion of the case to chapter 7 or appointing a chapter 11 trustee would result in an unnecessary delay in closing the sale of the Property and subject the estate to additional administrative costs that the Debtor cannot pay. Therefore, dismissal of the case followed by an immediate closing of the sale by the Debtor is in the best interests of this bankruptcy estate and is the option that provides payment of the largest amount of debt owed by the Debtor. Debtor's counsel has conferred with Broadway's counsel who advised that Broadway does not oppose dismissal of this case.

15. Section 349 of the Bankruptcy Code governs the effect of dismissal of a bankruptcy case. None of the items referenced in Section 349 would be implicated by the dismissal contemplated herein. However, in order to avoid any confusion, Debtor requests that

the Court provide in its dismissal order that prior rulings of this Court set forth in the Sale Order shall survive the dismissal of this case.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that the Court enter an order dismissing this case in the form submitted herewith, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

LAW OFFICE H. ANTHONY HERVOL
4414 Centerview Drive, Suite 207
San Antonio, Texas 78228
(210) 522-9500
(210) 522-0205 (Fax)

By:_ /s/ H. Anthony Hervol_____
    H. Anthony Hervol
    State Bar No. 00784264
    Attorney for Debtor-in-possession

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing Motion has been served upon the parties listed below by the methods indicated hereunder, and to the parties on the attached mailing list (unless such parties are also listed on this Certificate), by United States Mail, First Class Delivery, postage prepaid, on this _8th_ day of August, 2019.

**DEBTOR:**
Petroleum Towers – Cotter, LLC
c/o Marcus P. Rogers, P.C.
2135 E. Hildebrand
San Antonio, Texas 78209
*Via Electronic Mail, with consent*

**LIENHOLDERS OR POTENTIAL LIEN CLAIMANTS:**
Bexar County
c/o its attorney,
Don Stecker
Linebarger Goggan Blair & Sampson, LLP
711 Navarro Street, Ste 300
San Antonio, Texas 78205
*Via the Court's ECF Filing System*

Broadway National Bank
c/o its attorney,
James A. Hoffman
LANGLEY & BANACK, INCORPORATED
745 E. Mulberry Avenue – Ste. 700
San Antonio, Texas 78212
*Via the Court's ECF Filing System*

Trane US, Inc.
Mark O. Anderson
Wagner, Falconer & Judd Ltd.
Fifth Street Towers
100 South Fifth Street, Suite 800
Minneapolis, MN 55402
*Via First Class Mail, postage pre-paid and Electronic Mail*

Texas Chiller Systems, LLC
c/o its attorney,
J. Philip Collier
Law Office of Philip Collier
7800 I.H. 10 West, Suite 800
San Antonio, TX 78230
*Via the Court's ECF Filing System*

**OTHER PARTIES REQUESTING NOTICE:**
Ben Bingham
Bingham & Lea, P.C.
319 Maverick Street
San Antonio, Texas 78212
Counsel for Marcus P. Rogers,
Independent Administrator of the Estate
of James F. Cotter, deceased
*Via the Court's ECF Filing System*

Hayden & Cunningham, PLLC
c/o D. Wade Hayden
7750 Broadway
San Antonio, TX 78209
*Via the Court's ECF Filing System*

Rachel R. Obaldo
The Attorney General of Texas
300 W. 15th Street
Mail MC-008
Austin, TX 78701

*Counsel for the Texas Comptroller of Public Accounts*
*Via the Court's ECF Filing System*

Robyn H. Lefcourt
516 Sylvan Avenue
Englewood Cliffs, NJ 07632
*Counsel for the Alliance Shippers, Inc.*
*Via the Court's ECF Filing System*

**UNITED STATES TRUSTEE:**
Post Office Box 1539
San Antonio, Texas 78295-1539
*Via the Court's ECF Filing System*

    _/s/ H. Anthony Hervol_____
    H. Anthony Hervol

```
Label Matrix for local noticing        Petroleum Towers - Cotter, LLC        U.S. BANKRUPTCY COURT
0542-5                                  c/o Marcus P. Rogers, PC              615 E. HOUSTON STREET, ROOM 597
Case 18-50197-rbk                       2135 E Hildebrand                     SAN ANTONIO, TX 78205-2055
Western District of Texas               San Antonio, TX 78209-6332
San Antonio
Mon Mar 25 11:15:53 CDT 2019

Ace Sprinklers                          Affordable Venture Home Healthcare,   Alamo Area Council of Governments
8211 Ermington                          8626 Tesoro Drive, Suite 205-G        8700 Tesoro Dr #160
San Antonio, TX 78254-2568              San Antonio, TX 78217-6217            San Antonio, TX 78217-6221


Alamo Blinds, Shades & Shutters         (p)ALLIANCE SHIPPERS INC              Alliance Shippers, Inc
1110 W. Basse Rd Ste.101                516 SYLVAN AVENUE                     8626 Tesoro Drive, Suite 525
San Antonio, TX 78212-1003              ENGLEWOOD CLIFFS NJ 07632-3022        San Antonio, TX 78217-6237


Allied Equipment, Inc.                  Alpha Terra Engineering, Inc.         AmCan Equipment Rentals Inc
8626 Tesoro Drive, Suite 400            8626 Tesoro Drive, Suite 810          8626 Tesoro Drive, Suite 460
San Antonio, TX 78217-6225              San Antonio, TX 78217-6217            San Antonio, TX 78217-6234


Aslan Realty                            Astex Tax Consulting                  BJ Corp. d/b/a National Building Service
8626 Tesoro Drive, Suite 502            8626 Tesoro Drive, Suite 205-K        c/o Richie & Gueringer, P.C.
San Antonio, TX 78217-6217              San Antonio, TX 78217-6217            112 East Pecan Street, Suite 1420
                                                                              San Antonio, TE 78205-1560


BJ Corporation d/b/a National Building Servi   Bettye Ruth Cotter             Bexar County
6017 Rittiman Plaza                     3601 N.W. 62nd Street                 c/o Don Stecker
San Antonio, Texas 78218-5216           Oklahoma City, OK 73112-1401          711 Navarro, Suite 300
                                                                              San Antonio, TX 78205-1749


Bexar County                            Blackmon-Mooring                      Broadway Bank
c/o Linebarger, Goggan et al            4808 Perrin Creek                     c/o Leslie M. Luttrell
711 Navarro, Suite 300                  San Antonio, TX 78217-3746            100 NE Loop 410, Ste. 615
San Antonio, TX 78205-1749                                                    San Antonio, TX 78216-4713


Broadway National Bank                  Broadway National Bank                CAS Consulting & Services, INC
P.O. Box 171250                         c/o James A. Hoffman                  8626 Tesoro Drive, Suite 205-Q
San Antonio, TX 78217-8250              Clemens & Spencer                     San Antonio, TX 78217-6217
                                        112 E. Pecan - Ste. 1300
                                        San Antonio, TX 78205-1531


CPI Office Products                     CPS Energy - Bankruptcy Section       Cain Law Office
P.O. Box 292130                         145 Navarro, Mail Drop 110909         8626 Tesoro Drive, Suite 811
Lewisville, TX 75029-2130               San Antonio, TX 78205                 San Antonio, TX 78217-6217


Cascade Water Services                  Catalyst Oilfield Services, LLC.      Chuck Wright
113 Bloomingdale Rd                     8626 Tesoro Drive, Suite 820          8626 Tesoro Drive, Suite 515
Hicksville, NY 11801-6547               San Antonio, TX 78217-6230            San Antonio, TX 78217-6217
```

| | | |
|---|---|---|
| Consolidated Electrical Distributors, In<br>8703 Botts Street<br>San Antonio, TX 78217-6334 | Corridor Mobile Medical Services<br>8626 Tesoro Drive, Suite 210<br>San Antonio, TX 78217-6217 | Crown Custom Builders<br>5515 Royal Vista Drive<br>San Antonio, TX 78247-4669 |
| DBR Engineering Consultants<br>8626 Tesoro Drive, Suite 702<br>San Antonio, TX 78217-6234 | David Van Os<br>8626 Tesoro Drive, Suite 510<br>San Antonio, TX 78217-6217 | Ferguson Facilities Supply<br>P.O. Box 100286<br>Atlanta, GA 30384-0286 |
| Flo-Aire Service, Inc.<br>9811 Cobb Street<br>San Antonio, TX 78217-3717 | GONRE LLC<br>8626 Tesoro Drive, Suite 420<br>San Antonio, TX 78217-6207 | Good Guys Remodeling & Landscaping<br>19141 Stone Oak Pkwy #104<br>San Antonio, TX 78258-3367 |
| Green Carpet Co.<br>8480 Fourwinds Dr<br>San Antonio, TX 78239-1946 | Hayden & Cunningham, PLLC<br>7750 Broadway<br>San Antonio, TX 78209-3244 | Hayden & Cunningham, PLLC<br>c/o D. Wade Hayden<br>7750 Broadway<br>San Antonio, Texas 78209-3244 |
| Healthcare Compliance Readiness<br>8626 Tesoro Drive, Suite 815<br>San Antonio, TX 78217-6234 | Hezel & Associates, Inc<br>8626 Tesoro Drive, Suite 470<br>San Antonio, TX 78217-6217 | Internal Revenue Service<br>8700 Tesoro Dr., Suite 200<br>San Antonio, TX 78217-6224 |
| Internal Revenue Service - Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | International Academy of Tax & Trade Law<br>8626 Tesoro Drive, Suite 205-H<br>San Antonio, TX 78217-6217 | James Adam Cotter<br>23019 Steeple Bluff<br>San Antonio, TX 78256-1603 |
| James Andrew Cotter<br>6 Lincoln Place<br>Rancho Mirage, CA 92270-1928 | James Vale Lee Cotter<br>28 Morning Green<br>San Antonio, TX 78257-2602 | Juan Carlos Santandreu<br>8626 Tesoro Drive, Suite 205-O<br>San Antonio, TX 78217-6217 |
| Kristina Dupre<br>8626 Tesoro Drive, Suite 205-L<br>San Antonio, TX 78217-6217 | Laura Lizette Nale<br>8626 Tesoro Drive, Suite 806<br>San Antonio, TX 78217-6217 | Marcus P. Rogers, Independent Administrator<br>the Estate of James F. Cotter, deceased<br>c/o Benjamin R. Bingham<br>319 Maverick Street<br>San Antonio, Texas 78212-4637 |
| Massengale Armature<br>1031 Basse Rd<br>San Antonio, TX 78212-1099 | Matera Paper Company<br>P.O. Box 200184<br>San Antonio, TX 78220-0184 | Miles D. Witt, II (Hypnotherapy)<br>8626 Tesoro Drive, Suite 205-V<br>San Antonio, TX 78217-6217 |
| National Compressor Exchange, Inc.<br>6185 Jimmy Carter Blvd. Unit G<br>Norcross, GA 30071-4604 | National Tech, LLC.<br>8626 Tesoro Drive, Suite 315<br>San Antonio, TX 78217-6217 | Net Financial Insurance<br>8626 Tesoro Drive, Suite 205-K<br>San Antonio, TX 78217-6217 |

| | | |
|---|---|---|
| O'Connor & Associates<br>2200 North Loop West Suite 200<br>Houston, TX 77018-1754 | Perdue Brandon Fielder Collins<br>8626 Tesoro Dr #816<br>San Antonio, TX 78217-6217 | Philip J. Rodriguez Plumbing<br>5878 Castle Hunt<br>San Antonio, TX 78218-4111 |
| Phoenix Biotechnology, Inc.<br>8626 Tesoro Drive, Suite 801<br>San Antonio, TX 78217-6217 | Plant Interscapes<br>6436 Babcock Rd<br>San Antonio, TX 78249-2900 | Pulman Cappuccio et al.<br>c/o Randall A. Pulman<br>2161 NW Military Hwy., Suite 400<br>San Antonio, TX 78213-1844 |
| Randy Cavazos<br>8626 Tesoro Drive, Suite 205-R<br>San Antonio, TX 78217-6217 | Real Estate Council of San Antonio<br>8626 Tesoro Drive, Suite 803<br>San Antonio, TX 78217-6217 | Roto Rooter Plumbing & Drain Service<br>P.O. Box 487<br>Newman Lake, WA 99025-0487 |
| San Antonio Counseling and Behavior<br>8626 Tesoro Drive, Suite 202<br>San Antonio, TX 78217-6217 | Sickle Cell Ass'n of Texas<br>8626 Tesoro Drive, Suite 205-J<br>San Antonio, TX 78217-6217 | SimplexGrinnell<br>50 Technology Drive<br>Attn:Bankruptcy<br>Westminster, MA 01441-0001 |
| Statewide Patrol, Inc.<br>8626 Tesoro Drive, Suite 504<br>San Antonio, TX 78217-6217 | Steve Villa Insurance Agency<br>8626 Tesoro Drive, Suite 814<br>San Antonio, TX 78217-6217 | TIGTA<br>8700 Tesoro Dr, Suite 250<br>San Antonio, TX 78217-6208 |
| Team Integrated Engineering, Inc.<br>8626 Tesoro Drive, Suite 430<br>San Antonio, TX 78217-6215 | Texas Chiller Systems, LLC<br>P.O. Box 792248<br>San Antonio, TX 78279-2248 | Texas Chiller Systems, LLC<br>c/o J. Philip Collier<br>Law Office of J. Philip Collier<br>8023 Vantage Drive, Ste. 680<br>San Antonio, Texas 78230-4752 |
| Texas Comptroller of Public Accounts<br>Rachel R. Obaldo, Asst. Attorney General<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | The United States Marine Corp.<br>8700 Tesoro Dr #180<br>San Antonio, TX 78217-6208 |
| Time for Taxes<br>8626 Tesoro Drive, Suite 205F<br>San Antonio, TX 78217-6217 | Total Com Management, Inc.<br>P.O. Box 460230<br>San Antonio, TX 78246-0230 | Trace Company<br>P.O. Box 845053<br>Dallas, TX 75284-5053 |
| Trane US, Inc.<br>3600 Pammel Creek Road<br>La Crosse, WI 54601-7511 | United States Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0009 | United States Attorney/IRS<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216-5597 |
| United States Trustee<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 | Valeri Marie Cotter Zaharie<br>5743 E. Shoreline<br>Post Falls, ID 83854-6855 |

| | | |
|---|---|---|
| Vivian Claudette Mueller<br>102 Kathy Drive<br>Kerrville, TX 78028-9744 | Wanderlust Ironworks<br>12125 Jones Maltsberger<br>San Antonio, TX 78247-4202 | Waste Management of Texas, Inc.<br>P.O. Box 660345<br>Dallas, TX 75266-0345 |
| Whitaker Insurance Association, Inc.<br>8626 Tesoro Drive, Suite 310<br>San Antonio, TX 78217-6289 | Wilfrido Cabuto<br>2303 Oakline Dr.<br>San Antonio, TX 78232-4683 | Will's All Pro Plumbing & A/C<br>7847 Fortune Dr<br>San Antonio, TX 78250-5108 |
| Winsupply<br>520 N Virginia<br>Oklahoma City, OK 73106-2630 | Zavala Painting<br>3214 Chamita<br>San Antonio, TX 78211-4518 | H. Anthony Hervol<br>Law Office of H. Anthony Hervol<br>4414 Centerview Dr, Suite 200<br>San Antonio, TX 78228-1442 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Alliance Shippers Inc
Robyn H Lefcourt
General Counsel
516 Sylvan Ave
Englewood Cliffs NJ 07632

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Pulman Cappuccio, et al.
c/o Randall A. Pulman
2161 NW Military Hwy., Suite 400
San Antonio, TX 78213-1844

End of Label Matrix
Mailable recipients    98
Bypassed recipients     1
Total                  99