The relief described hereinbelow is SO ORDERED.

Signed August 13, 2019.

_____
Ronald B. King
Chief United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PETROLEUM TOWERS–COTTER, LLC | § | CASE NO. 18-50197-RBK |
| | § | |
| DEBTOR | § | CHAPTER 11 |

### ORDER DISMISSING CASE

On this day came on for consideration the Expedited Motion to Voluntarily Dismiss Case (the "Motion") filed by the Debtor herein. The Court finds that proper notice was given for the Motion, and based upon the record before the Court, cause exists under Section 1112 of the Bankruptcy Code to dismiss the case.

It is therefore, **ORDERED, ADJUDGED and DECREED** that the Debtor's Motion is granted and the above styled and numbered case is hereby **DISMISSED** without prejudice to refiling.

It is further **ORDERED, ADJUDGED and DECREED** that the findings of fact, conclusions of law, and all other provisions and orders set forth in the Order Approving Sale of

Property of the Estate Free and Clear of Liens, Claims, Encumbrances and Interests entered on April 3, 2019 (Doc. 80), and any court approved modification or supplementation thereof, shall survive the dismissal of this case and remain fully effective and enforceable.

It is further **ORDERED, ADJUDGED and DECREED** that, within fourteen (14) days of entry of this order, the Debtor shall file monthly operating reports for July 2019 and for August 1, 2019 through the date of entry of this order.

### # # #

Order submitted by:

H. Anthony Hervol
Law Office of H. Anthony Hervol
4414 Centerview Drive, Suite 207
San Antonio, Texas 78228
(210) 522-9500
(210) 522-0205 Fax
email: hervol@sbcglobal.net
Attorney for the Debtor